UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

KRISTY DOBBS,

                                         **Plaintiff,**

    v.                                                                            1:22-CV-1226 (TJM/DJS)

CITIZENS BANK,

                                        **Defendant.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

## DECISION and ORDER

**I.    INTRODUCTION**

Plaintiff Kristy Dobbs filed this action *pro se* alleging that Defendant Citizens Bank violated her rights by withdrawing money from her account. *See* Compl., Dkt. No 1. This matter came before the Hon. Daniel J. Stewart, United States Magistrate Judge, for an initial review and Report-Recommendation pursuant to 28 U.S.C. §§ 1915 and 636(b). Judge Stewart recommended that the Complaint be dismissed but that Plaintiff be granted leave to replead. *See* December 7, 2022 Report-Recommendation and Order, Dkt. No. 5. Over Plaintiff's objection, the Court adopted Judge Stewart's recommendations. *See* December 28, 2022 Decision and Order, Dkt. No. 7.

Plaintiff filed an Amended Complaint using a form 42 U.S.C. §1983 complaint, again alleging that money was withdrawn from her account at Citizens Bank without her permission. *See* Dkt. No. 8. Judge Stewart conducted an initial review of the Amended Complaint under 28 U.S.C. § 1915(e). *See* February 7, 2023 Report-Recommendation

1

and Order, Dkt. No. 9.  He recommends that the Amended Complaint be dismissed with prejudice because Plaintiff: fails to make any allegations establishing that Citizen Bank engaged in state action; fails to identify what federal statute or right she alleges was violated; and, despite being given an opportunity to amend, fails to correct the pleading deficiencies resulting in dismissal of the Complaint, leading Judge Stewart to conclude that granting leave to amend a second time would not induce Plaintiff to add the kind of allegations needed to establish a facially-plausible claim. *See* Dkt. No. 9 at 1-4.  Plaintiff filed no objections to the February 7, 2023 Report-Recommendation and Order, and her time to do so has passed.

**II.   DISCUSSION**

After examining the record, this Court has determined that the February 7, 2023 Report-Recommendation and Order is not subject to attack for plain error or manifest injustice.

**III.   CONCLUSION**

Accordingly, the Court **ACCEPTS** and **ADOPTS** the February 7, 2023 Report-Recommendation and Order (Dkt. No. 9) for the reasons stated therein.  It is therefore

**ORDERED** that the Amended Complaint (Dkt. No. 8) is **DISMISSED WITH PREJUDICE.**

The Clerk of the Court is directed to close the file in this matter.

**IT IS SO ORDERED.**

Dated: June 8, 2023

Thomas J. McAvoy
Senior, U.S. District Judge